IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCILEE BURZACHECHI,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTIN BULLOCK and COMMUNITY COLLEGE OF ALLEGHENY COUNTY,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:18-CV-01541<br><br>The Hon. Christy Criswell Wiegand<br><br>*Electronically Filed* |

## **JOINT STATUS REPORT**

The parties herein submit their *Joint Status Report* as directed by the Court.

1. The parties participated in a full-day mediation on January 28, 2021, with David White, Esq.

2. The parties have scheduled a second mediation session with David White, Esq. for February 10, 2021.

3. In the event that the parties do not reach settlement, they will be prepared to discuss expert discovery and dispositive motion deadlines at the February 17, 2021 status conference.

                              CAMPBELL DURRANT, P.C.

                              By:   /s/ Brian P. Gabriel
                                     Brian P. Gabriel (PA 73132)
                                     bgabriel@cdblaw.com
                                     Julie A. Aquino (PA 206701)
                                     jaquino@cdblaw.com
                                     535 Smithfield Street, Suite 700
                                     Pittsburgh, PA  15222
                                     (412) 395-1267 Phone
                                     (412) 395-1291 Fax
                                     *Counsel for Defendants*

LAW OFFICES OF TIMOTHY P. O'BRIEN

By: /s/ Alec B. Wright
    Timothy P. O'Brien (PA 22104)
    tpob@obrienlaw.com
    Alec B. Wright (PA 316657)
    abw@obrienlaw.com
    535 Smithfield Street, Suite 1025
    Pittsburgh, PA 15222
    *Counsel for Plaintiff*

Dated: February 1, 2021