# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

NANCILEE BURZACHECHI,                    :
                                         :
         Plaintiff,             :       No. 2:18-cv-01541-CCW
                                         :
     v.                            :
                                         :
COMMUNITY COLLEGE OF                     :       **JURY TRIAL DEMANDED**
ALLEGHENY COUNTY, *et al.*,              :
                                         :
         Defendants.            :

## STIPULATION OF DISMISSAL

     AND NOW come all parties, by their respective counsel, and consistent with a resolution reached by the parties, hereby enter a STIPULATION OF DISMISSAL of Plaintiff's claims in the above-captioned matter with prejudice against all Defendants pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, and neither party is considered a prevailing party.

  Respectfully Submitted,

O'BRIEN LAW                              Campbell Durrant, P.C.

/s/ Alec B. Wright                       By:  /s/ Brian P. Gabriel
Alec B. Wright                           Brian P. Gabriel
*Counsel for Plaintiff*                  *Counsel for Defendants*


**BY THE COURT,**

_____
Christy Criswell Wiegand
United States District Judge